AO 89  (Rev. 08/09) Subpoena to Testify at a Hearing or Trial in a Criminal Case

# UNITED STATES DISTRICT COURT
for the

District of Arizona

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| | ) | Case No.  CR 24-02540-TUC-RCC (BGM) |
| Robert Alan Wittenberg | ) | |
| *Defendant* | ) | |

## SUBPOENA TO TESTIFY AT A HEARING OR TRIAL IN A CRIMINAL CASE

To:   Arizona Department of Economic Security
      Discovery Coordinator

**YOU ARE COMMANDED** to appear in the United States district court at the time, date, and place shown below to testify in this criminal case.  When you arrive, you must remain at the court until the judge or a court officer allows you to leave.

| Place of Appearance: U.S. District Courthouse | Courtroom No.: |
|---|---|
| 405 W. Congress Tucson, AZ  85701-5040 | Date and Time: |

You must also bring with you the following documents, electronically stored information, or objects *(blank if not applicable)*:

All wages and earnings statements for the time frame
of January 1, 2023, through December 31, 2023,
for Robert Alan Wittenberg DOB ███ 1998, SSN ████████



Date:   _____

                                                    CLERK OF COURT

                                                    *s/ Debra D. Lucas, Clerk*

The name, address, e-mail, and telephone number of the attorney representing *(name of party)* the United States of America, who requests this subpoena, are:

Julie A. Sottosanti
Assistant United States Attorney
405 W. Congress, Suite 4800
Tucson, AZ  85701
520-620-7405
julie.sottosanti@usdoj.gov

AO 89  (Rev. 08/09) Subpoena to Testify at a Hearing or Trial in a Criminal Case (Page 2)

Case No. CR 24-02540-TUC-RCC (BG)

## PROOF OF SERVICE

This subpoena for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

☐ I served the subpoena by delivering a copy to the named person as follows: _____

_____

on *(date)* _____ ; or

☐ I returned the subpoena unexecuted because: _____

_____ .

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also tendered to the witness fees for one day's attendance, and the mileage allowed by law, in the amount of

$ _____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: _____

_____

*Server's signature*

_____

*Printed name and title*

_____

*Server's address*

Additional information regarding attempted service, etc: