TIMOTHY COURCHAINE
United States Attorney
District of Arizona
JULIE A. SOTTOSANTI
RUSSELL BOATWRIGHT
Assistant U.S. Attorneys
United States Courthouse
405 W. Congress Street, Suite 4800
Tucson, Arizona 85701
Telephone: 520-620-7300
Julie.sottosanti@usdoj.gov
Russell.boatwright@usdoj.gov
Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| United States of America, | CR-24-02540-TUC-RCC (BGM) |
|---|---|
| Plaintiff, | |
| vs. | SUPPLEMENT TO GOVERNMENT'S NOTICE OF INTENTION TO USE 404(b) MATERIAL (Doc. 52) |
| Robert Alan Wittenberg, | |
| Defendant. | (Pursuant to Fed. R. Evid. 404(b)) |

Now comes the United States of America, through its undersigned attorneys, and hereby supplements its notice of intent to introduce evidence pursuant to Fed. R. Evid. 404(b) (Doc. 52), to wit:

1. Defendant purchased a HWM/EAA .357 Mag Revolver on 8/26/23 from USA Pawn and Jewelry.

2. Defendant purchased a Glock, model 44, .22 long rifle on 8/25/23 from USA Pawn and Jewelry.

3. Defendant purchased a Glock, model 27, .40 caliber pistol on 8/25/23 from USA Pawn and Jewelry.

4. Defendant purchased a Smith & Wesson SD4ove .40 caliber pistol on 6/20/23 from USA Pawn and Jewelry.

Respectfully submitted this 7th day of November, 2025.

1 ///

2 ///

3 ///

                        TIMOTHY COURCHAINE
                        United States Attorney
                        District of Arizona

                        *s/Julie A. Sottosanti*

                        JULIE A. SOTTOSANTI
                        Assistant U.S. Attorney

Copy of the foregoing served electronically or by other means this 7th day of November, 2025, to:

All ECF participants

- 2 -