TIMOTHY COURCHAINE
United States Attorney
District of Arizona
JULIE A. SOTTOSANTI
RUSSELL BOATWRIGHT
Assistant U.S. Attorneys
United States Courthouse
405 W. Congress Street, Suite 4800
Tucson, Arizona 85701
Telephone:  520-620-7300
Julie.sottosanti@usdoj.gov
Russell.boatwright@usdoj.gov
Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, | CR-24-02540-TUC-RCC (BGM) |
| Plaintiff, | |
| vs. | RESPONSE TO DEFENDANT'S MOTION IN LIMINE RE: FIREARM PRICES |
| Robert Alan Wittenberg, | |
| Defendant. | |

The United States of America hereby responds to the defendant's Motion in Limine to preclude firearm prices. (Doc. 67). The prices are listed in The Blue Book of Gun Values.[1]  This publication is published annually and is, therefore, a periodical.  Fed. R. Evid. 902(6) provides that periodicals, "are self-authenticating; they require no extrinsic evidence of authenticity in order to be admitted."

Therefore, the gun prices as listed in the most recent edition of The Blue Book of Gun Values should be admitted under Rule 902.

///

///

---

[1] Zackary R. Fjestad, *Blue Book of Gun Values* 42nd ed. (Blue Book Publ'ns, 2021).

TIMOTHY COURCHAINE
United States Attorney
District of Arizona

*s/Julie A. Sottosanti*

JULIE A. SOTTOSANTI
Assistant U.S. Attorney

Copy of the foregoing served electronically or by
other means this 21th day of November, 2025, to:

All ECF participants

- 2 -